**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.   Case No: 8:12-cv-1189-T-30EAJ

NEBRASKA 41 GROUP, LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #10). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of July, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1189 dismiss 10.docx